UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JUNE ELIZABETH BROGDON,<br><br>                Plaintiff,<br><br>   v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CHILDREN, YOUTH, AND FAMILY,<br><br>                Defendant. | Case No. 3:23-cv-05832-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 4) is GRANTED. Plaintiff does not appear to have the funds available to afford the $402.00 Court filing fee.

Dated this 18th day of October, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1